UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER DREW,<br><br>Defendant. | CASE NO. MJ23-196<br><br>DETENTION ORDER |

Offenses charged:

1. Conspiracy to Distribute Methamphetamine and Fentanyl

2. Possession of a Firearm in Furtherance of Drug Trafficking

3. Unlawful Transfer and Possession of a Machine Gun

Date of Detention Hearing:   May 3rd, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant is charged with serious offenses involving multiple sales of firearms, including privately made firearms and machine gun conversion kits, and controlled substances including thousands of fentanyl pills. He used other people to distribute controlled substances through the mail.

2. Defendant poses a risk of flight because he has no material ties to either this District or the charging District. He has no family or employment in either District and has only lived for a month in his current residence. He poses a risk of danger based upon the nature of the current charges, involving a huge number of guns and large quantity of drugs, and the fact that he worked with others to use the mail to distribute controlled substances means that this risk cannot be mitigated by any release conditions.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the District of Colorado, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 3rd day of May, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3